AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.
Fidel GARCIA-Romero YOB: 1998, MXC

**CRIMINAL COMPLAINT**

CASE NUMBER: 7:18 mj 1874

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 6, 2018,__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with the Intent to Distribute approximately 109.00 kilograms of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally conspire to possess with the Intent to Distribute approximately 109.00 kilograms of Marijuana, a Schedule I Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Task Force Agent__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof: X Yes ___ No

approved by
AUSA KR

Signature of Complainant
David Ponce, DEA Task Force Agent

Sworn to before me and subscribed in my presence,

September 7, 2018 — 8:33 a.m.　At　McAllen, Texas
Date　　　　　　　　　　　　　　　　　City and State

Juan F. Alaniz, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT

On, September 6, 2018, United States Border Patrol Agents (USBP) were working patrol duties in Mission, TX near Bentsen State Park. USBP Sergio H. Ramirez responded to sensor activity in Bentsen State Park.

At approximately 3:15 pm USBP Ramirez started to walk in a southeast direction along the trail near the main entrance to Bentsen State Park. USBP Ramirez was able to see fresh foot sign as he walked the trail for approximately 10 minutes. USBP Ramirez was able to hear voices so he crouched down in the brush and maintained his position. Moments later USBP Ramirez was able to see a male subject, who was on the phone, walking in his direction. USBP Ramirez maintained his position until the subject walked up to his position and USBP Ramirez identified himself as a USBP and placed Fidel GARCIA-Romero under arrest. GARCIA-Romero voluntarily admitted to Agent Ramirez that he was with five other subjects and there were a total of 4 bundles of marijuana in their possession.

USBP Ramirez observed a second male subject walking approximately 25 yards behind GARCIA-Romero. The second subject fled back south and dropped a green bundle of suspected narcotics on the ground. USBP Ramirez approached the area where the bundle was dropped and was able to locate a second bundle. Other USBP came to the area and were able to locate a third and fourth bundle approximately 40 yards south of where GARCIA-Romero was arrested. USBP found a total of 4 bundles of marijuana with a total weight of 109.00 kg.

At the McAllen Border Patrol Station DEA TFO David Ponce read GARCIA-Romero his Miranda Warnings, in Spanish, which GARCIA-Romero stated he understood and desired to provide Agents a statement. GARCIA-Romero stated he was forcibly contracted by the Gulf Cartel as a guide to transport marijuana in to the United States. GARCIA-Romero stated they contracted him as a guide because he was familiar with the route. GARCIA-Romero stated he and the five other subjects that absconded, crossed with him in a raft with the four bundles of marijuana seized by USBP Agents. GARCIA-Romero stated they were supposed to meet an unknown person to deliver the 4 bundles of marijuana along the Rio Grande River. GARCIA-Romero was in possession of two cell phones which he admitted he utilized to communicate with the unknown co-conspirators [defendant struck through] who was supposed to pick up the four bundles of marijuana. GARCIA-Romero was then placed under arrest for his involvement in the seizure of 109.00 kg of marijuana.